UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PARADIGM CLINICAL RESEARCH INSTITUTE INC, RAMPRASAD DANDILLAYA, JUAN JESUS ROJAS DE BORBON, KARMA FAMILY LLC, KAREEM MARMOSH ,<br>　　　　　　Defendants. | CASE NO. 2:21-cv-00753<br><br>ORDER TO SHOW CAUSE |

　　　The Court received Keith D. Petrak's motion to withdraw as local counsel for Defendants Ramprasad Dandillaya, M.D., and Juan Jesus Rojas De Borbon, Dkt. No. 103. Mr. Petrak, an attorney at Byrnes Keller Cromwell LLP, is the only attorney who agreed to act as local counsel for Dandillaya's and Rojas De Borbon's pro hac vice counsel, Jonathan Freund. *See* Dkts. 9–11, 103.

　　　While another Washington attorney has since appeared to represent Rojas De Borbon, *see* Dkt. No. 105, no local attorney has appeared to represent Dandillaya. Thus, if Mr. Petrak withdraws, Dandillaya will not have counsel authorized to

ORDER - 1

represent him here. *See* LCR 83.1(d) (Pro hac vice attorneys must associate with local counsel to represent clients in this district.).

Given the foregoing, the Court ORDERS pro hac vice counsel representing Dandillaya to retain local counsel or show cause by no later than September 17, 2024, as to why they are unable to do so. *See* LCR 83.1.

Dated this 5th day of September, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2