UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>PARADIGM CLINICAL RESEARCH INSTITUTE INC., a California corporation, RAMPRASAD DANDILLAYA, M.D., JUAN JESUS ROJAS DE BORBON, KARMA FAMILY LLC, KAREEM MARMOSH,<br><br>    Defendants. | CASE NO. 2:21-cv-00753<br><br>ORDER |
| PARADIGM CLINICAL RESEARCH INSTITUTE INC., a California corporation,<br><br>    Counter Claimant,<br><br>  v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>    Counter Defendant. | |

ORDER - 1

Plaintiff Amazon.com Services LLC moves to compel responses to discovery requests from Defendants Kareem Marmosh and Karma Family LLC ("Karma Defendants"), which Amazon served last June. Karma Defendants did not respond to the discovery requests nor did they respond to this motion. Dkt. No. 119. Thus, the Court considers Karma Defendant's failure to respond an admission that the motion has merit. LCR 7(b)(2).

Having considered the briefing, the record, and the relevant law, the Court is fully informed and ORDERS as follows:

(a) The Court GRANTS the motion to compel in its entirety. Dkt. No. 114.

(b) The Court finds that Karma Family LLC and Kareem Marmosh have waived all objections, except claims of privilege, to the Requests for Production and Interrogatories that Amazon served on July 20, 2024, which are attached to the Declaration of Arthur Simpson, Dkt. No. 115, as Exhibits A–D, Dkt. Nos. 115-1–115-4.

(c) Karma Family LLC and Kareem Marmosh must fully respond to the Interrogatories and produce all non-privileged documents responsive to Amazon's Requests for Production within 14 days of the date of this Order.

(d) Within 21 days of the date of this Order, Karma Family LLC and Kareem Marmosh must show cause why the Court should not award Amazon its reasonable expenses incurred in bringing this motion.

Dated this 2nd day of May, 2025.

                                              Jamal N. Whitehead  
                                              United States District Judge

ORDER - 3