The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PARADIGM CLINICAL RESEARCH INSTITUTE, INC., a California corporation; RAMPRASAD DANDILLAYA, M.D., an individual; JUAN JESUS ROJAS DE BORBON, an individual; KARMA FAMILY LLC, a California limited liability company; and KAREEM MARMOSH, an individual,<br><br>Defendant.<br><br>---<br><br>PARADIGM CLINICAL RESEARCH INSTITUTE, INC., a California corporation,<br><br>Counter Claimant,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br>Counter Defendant. | Case No. 2:21-CV-00753-JNW<br><br>**ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT JUAN JESUS ROJAS DE BORBON UNDER FRCP 41(a)(2)**<br><br>**Noting Date: August 4, 2026** |



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER GRANTING STIPULATED MOTION**

Based on a review of the Stipulated Motion of Voluntary Dismissal with Prejudice of Plaintiff's Claims Against Defendant Juan Jesus Rojas de Borbon, submitted by Defendant Juan Jesus Rojas de Borbon ("de Borbon") and Plaintiff Amazon.com Services LLC ("Amazon"), sufficient good cause has been shown for the requested relief. Therefore, all causes of action asserted in this lawsuit against Defendant de Borbon only are **DISMISSED WITH PREJUDICE**, with Plaintiff Amazon and Defendant de Borbon each bearing its or his own costs and fees.

IT IS SO ORDERED, this 13th day of August, 2026

HONORABLE JAMAL N. WHITEHEAD

Presented by:

**DAVIS WRIGHT TREMAINE LLP**
*Attorneys for Amazon.com Services LLC*

By *_/s/ Scott Commerson_*
Scott R. Commerson, WSBA #58085
350 S Grand Ave, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Seth R. Tangman, WSBA #59707
560 SW Tenth Avenue, Suite 700
Portland, OR 97205
Email: moetangman@dwt.com