The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PARADIGM CLINICAL RESEARCH INSTITUTE, INC., a California corporation; RAMPRASAD DANDILLAYA, M.D., an individual; JUAN JESUS ROJAS DE BORBON, an individual; KARMA FAMILY LLC, a California limited liability company; and KAREEM MARMOSH, an individual,<br><br>Defendants. | No. 2:21-CV-00753-JNW<br><br>**ORDER GRANTING PLAINTIFF AMAZON.COM SERVICES LLC'S MOTION TO FILE OVER-LENGTH BRIEF IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND CERTIFICATION OF PARTIAL FINAL JUDGMENT AGAINST DEFENDANTS KARMA FAMILY LLC AND KAREEM MARMOSH**<br><br>**Noting Date: August 19, 2026** |
| PARADIGM CLINICAL RESEARCH INSTITUTE, INC., a California corporation,<br><br>Counter Claimant,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br>Counter Defendant. | |

THIS MATTER came before the Court on Plaintiff's Motion to File Over-Length Brief, the Court being fully advised, IT IS HEREBY ORDERED:



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Plaintiff's' Motion is GRANTED. Plaintiff's may file its forthcoming Motion for Default Judgment and Certification of Partial Final Judgment Against Defendants Karma Family LLC and Kareem Marmosh with a word count of no more than 8,600 words.

IT IS SO ORDERED.

IT IS SO ORDERED, this 21st day of August, 2026

HONORABLE JAMAL N. WHITEHEAD

Presented by:

**DAVIS WRIGHT TREMAINE LLP**
*Attorneys for Amazon.com Services LLC*

By *_/s/ Scott Commerson_*
Scott R. Commerson, WSBA #58085
350 S Grand Ave, 27th Floor
Los Angeles, CA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Seth R. Tangman, WSBA #59707
560 SW Tenth Avenue, Suite 700
Portland, OR 97205
Email: moetangman@dwt.com